## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

ANTOINE GOFF,                          )
                                       )
              Plaintiff,               )
                                       )
v.                                     )          Case No. CIV-23-584-J
                                       )
SCOTT CROW, et al.,                    )
                                       )
              Defendants.              )

## <u>ORDER</u>

Plaintiff, a state inmate appearing pro se, filed a Complaint pursuant to 42 U.S.C. § 1983. [Doc. No. 1].  The matter was referred to United States Magistrate Judge Gary M. Purcell for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B), (C).  Judge Purcell ordered Plaintiff to cure deficiencies in his motion for leave to proceed in forma pauperis and cautioned Plaintiff that failure to respond could result in dismissal of the action.  [Doc. No. 6].  Plaintiff filed an amended motion [Doc. No. 9] but was again directed to cure deficiencies.  [Doc. No. 12].  When he failed to do so, Judge Purcell issued a Report and Recommendation recommending the action be dismissed without prejudice.  [Doc. No. 12].  Plaintiff has not filed an objection and has therefore waived any right to appellate review of the factual and legal issues in the Report and Recommendation. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Because Plaintiff has failed to comply with the Court's orders, the Court ADOPTS the Report and Recommendation [Doc. No. 12], DENIES Plaintiff's applications to proceed in forma pauperis [Doc. Nos. 2, 9], and DISMISSES Plaintiff's Complaint [Doc. No. 1] without prejudice.

A separate judgment will issue.

IT IS SO ORDERED this 18th day of October, 2023.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE